# NOT DESIGNATED FOR PUBLICATION

Nelson Welch Cameron
Attorney at Law
675 Jordan Street
Shreveport LA 71101

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 7, 2021

**REHEARING ACTION: July 7, 2021**

**Docket Number: 21   00004-CA**

**LARRY BIZE, SR. AND
MICHELLE R. BIZE
VERSUS
MALCOLM LARVADAIN, ET AL.**

**Appealed from Rapides Parish Case No. 257,342**

**BEFORE JUDGES:**

**Hon. Billy Howard Ezell
Hon. Van H. Kyzar
Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Bize** and **Michele Bize** has this day been

**DENIED.**

cc: Kelvin G. Sanders, Counsel for the Appellee
    James Huey Gibson, Counsel for the Appellee
    Alan W. Stewart, Counsel for the Appellee